## Morris *v.* Jennings, Appellant.

Argued Jan. 25, 1905. Appeal, No. 262, Jan. T., 1904, by defendant, from order of C. P. No. 4, Phila. Co., Dec. T., 1900, No. 281, dismissing exceptions to referee's report in case of William McK. Morris and Edwin J. Morris, trading as Morris & Company v. Edmund P. Jennings. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT and ELKIN, JJ. Affirmed.

PER CURIAM, May 1, 1905 :

This case was tried below and argued here with Jennings v. Morris, 211 Pa. 600, and the judgment is affirmed on the referee's report.